UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JANEEN FAWCETT, <br><br> Plaintiff <br><br> -v.- <br><br> EXETER FINANCE LLC, <br><br> Defendant. | Civil Action No.: 18-cv-6268-NSR-LMS |
|---|---|

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Patrick Dillard ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Virginia, and that his contact information is as follows:

> Patrick F. Dillard
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, VA 23219
> patrick.dillard@troutman.com
> Phone: 804.697.1200
> Fax: 804.697.1339

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/19
```

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Exeter Finance, LLC in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 21, 2019

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE